UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON VALE,

           Defendant.

APPLICATION AND ORDER
OF EXCLUDABLE DELAY

19-MJ-969

        The United States of America and the defendant JASON VALE hereby jointly request that the time period from July 18, 2020 to September 18, 2020 be excluded in computing the time within which an information or indictment must be filed. The parties seek the foregoing exclusion of time in order because:

        ☒ they are engaged in plea negotiations, which they believe are likely to result in a disposition of this case without trial, and they require an exclusion of time in order to focus efforts on plea negotiations without the risk that they would not, despite their diligence, have reasonable time for effective preparation for trial.

        ☐ they need additional time to investigate and prepare for trial due to the complexity of the case.

        ☐ other:

        This is the sixth application for an order of excludable delay. The defendant was arrested on October 23, 2019 and released on October 23, 2019.

/s/ *John Vagelatos*
John Vagelatos
Assistant United States Attorney

Robery Soloway
Counsel for Defendant

*For defendant to read, review with counsel, and acknowledge:*

        I understand that federal law generally provides that I have a right to have formal charges lodged against me within thirty days of my arrest and a right to a trial on those charges within seventy days after formal charges have been lodged. I further understand that I do not have to consent to the exclusion of time sought in this application and that, by consenting to entry of this order, the date on which formal charges must be lodged will be delayed and the date for the commencement of any trial on those charges will likely be delayed as well. I also understand that if formal charges are not brought against me within the time required by law, I may seek relief from the court, and that this relief might include dismissal of the complaint now pending against me.

I have reviewed this application, as well as the order annexed below, and have discussed the question of whether I should consent to entry of an order of excludable delay carefully with my attorney. I consent to the entry of the order voluntarily and of my own free will. I have not been threatened or coerced for my consent.

July 14, 2020
Date

_____
JASON VALE
Defendant

*For Defendant's Counsel to read and acknowledge:*

I certify that I have reviewed this application and the attached order carefully with my client. I further certify that I have discussed with my client a defendant's right to speedy indictment and the question of whether to consent to entry of an order of excludable delay. I am satisfied that my client understands the contents of this application and the attached order, that my client consents to the entry of the order voluntarily and of his orsher own free will, and that my client has not been threatened or coerced for consent.

_____
Robert Soloway
Counsel for Defendant

## ORDER OF EXCLUDABLE DELAY

Upon the joint application of the United States of America and defendant, JASON VALE, and with the express written consent of the defendant, the time period July 18, 2020 to September 18, 2020 is hereby excluded in computing the time within which an information or indictment must be filed, as the Court finds that this exclusion of time serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because

☑ given the reasonable likelihood that ongoing plea negotiations will result in a disposition of this case without trial, the exclusion of time will allow all counsel to focus their efforts on plea negotiations without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

☐ additional time is needed to prepare for trial due to the complexity of case.

☐ other: given the reasonable likelihood that ongoing negotiations, will

result in a disposition of this case without trial, the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial.

**SO ORDERED.**
**Dated:** Brooklyn, New York
       July 15, 2020

                              United States Magistrate Judge